UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**
AUG 20 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | Case No. 19 CR 50042 |
|---|---|---|
| v. | ) | |
| RASHAWN RICHARDSON | ) | Magistrate Judge Iain D. Johnston |

## AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDING

I, MICHAEL SCHULTE, personally appearing before United States Magistrate Judge Iain D. Johnston and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that RASHAWN RICHARDSON has been charged in the Eastern District of New York with violating the conditions of his supervised release in violation of Title 18, United States Code, Section 3583. A copy of the Petition for Warrant or Summons for Offender Under Supervision is attached. I have further been informed that a warrant for the arrest of RASHAWN RICHARDSON has been issued pursuant to the petition for warrant. A copy of the warrant is attached.

MICHAEL SCHULTE
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 20th day of August, 2019.

IAIN D. JOHNSTON
United States Magistrate Judge

PROB 19
(NYEP Rev 10/13)

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NEW YORK

U.S.A. vs RASHAWN RICHARDSON        Docket No.:0207 1:15CR00405

TO:[1] Any U.S. Marshal or any other authorized Officer

### WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| RASHAWN RICHARDSON | Male | Black or African American | 43 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 117-22 Van Wyck Expressway South Ozone Park, New York 11420 |

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| The Honorable Kenneth A. Marra, U.S. District Court Judge, Southern District of Florida | August 8, 2008 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| The Honorable Jack B. Weinstein, U.S. District Court Judge |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| DOUGLAS C. PALMER | [signature] | APR - 5 2016 |

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTIVE AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for **EASTERN DISTRICT OF NEW YORK;**" or any United States Marshal; or "any special agent of the Federal Bureau of Investigation;" or "any United States Marshal or any special agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."



OB 12C
(4/8/15)SWPA

# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF NEW YORK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Rashawn Richardson | Case Number: 0207 1:15CR00405 |

Name of Sentencing Judicial Officer: The Honorable Kenneth A. Marra, U.S. District Judge, Southern District of Florida

Name of Reassigned Judicial Officer: The Honorable Jack B. Weinstein, U.S. District Judge

Date of Original Sentence: 8/8/2008

Original Offense: Conspiracy to Import Heroin and more than 500 grams of Cocaine, in violation of 21 U.S.C. §§ 963 and 960(b)(2)(B),(b)(3), a Class B felony and Conspiracy to Possess with Intent to Distribute Heroin and more than 500 grams of Cocaine, in violation of 21 U.S.C. §§ 846 841(b)(1)(B)(ii),(b)(1)(C), a Class B felony.

Original Sentence: Imprisonment of forty six (46) months as to each of Counts One and Four of the Indictment, to be served concurrently and a term of five (5) years supervised release. As special conditions, the court also ordered that the offender: 1) Provide complete access to financial information, including disclosure of all business and personal finances, to U.S. Probation Officer, 2) The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused for schooling, training or other acceptable reasons. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earning Statements and other documentation requested by the U.S. Probation Officer, 3) The defendant shall obtain prior written approval from the Court before entering into any self-employment and 4) The defendant shall submit to a search of his/her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

Type of Supervision: TSR          Date Supervision Commenced: 5/23/2014

Assistant U.S. Attorney          Defense Counsel
To Be Assigned          To Be Assigned

---

### PETITIONING THE COURT

☑ To issue a warrant, AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☐ To issue a summons

*PROB 12C - Petition for Warrant or Summons for Offender Under Supervision*                                          *Page 2*
*Rashawn Richardson*                 *PACTS:31584*               *Case Number: 0207 1:15CR00405*

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Possession of a Controlled Substance |
| 2. | Committing another crime (Cannabis Trafficking) |
| 3. | Committing another crime (Manufacturing of Delivery of Cannabis) |
| 4. | Committing another crime (Possession of Cannabis) |
| 5. | Committing another crime (Criminal Damage of Property) |
| 6. | Traveling out of District without Permission |

*PROB 12C - Petition for Warrant or Summons for Offender Under Supervision*            Page 3
*Rashawn Richardson*     *PACTS:31584*     Case Number: 0207 1:15CR00405

U.S. Probation Officer Recommendation:

☑     The term of supervision should be revoked

I declare under penalty that the foregoing is true and correct.

Anisha O. Jenkins
U.S. Probation Officer
Date: February 19, 2016

Approved by,

Richard Azarian
Supervisory U.S. Probation Officer
Date: February 19, 2016

---

## THE COURT ORDERS:

☒     The Issuance of a Warrant, AND ADDITIONALLY ORDERS THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☐     The Issuance of a Summons.

☐     Other

## UPON EXECUTION OF THE WARRANT:

☐     Defendant is ordered brought before District Judge forthwith.

☐     Initial appearance and detention hearing before Magistrate Judge.

Signature of Judicial Officer

Date: 2/26/16

A TRUE COPY ATTEST
DATE 2/26 2016
DOUGLAS C. PALMER
BY _____ DEPUTY CT